# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ARTERTON, JANET B. | U.S. DISTRICT COURT | 5/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ARTICLE III JUDGE/SENIOR (as of 7/1/2014) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT
141 CHURCH STREET
NEW HAVEN, CT 06510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Committee of the Proprietors of the Common and Undivided Lands in the Town of New Haven |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 05/13/95 | Garrison, Levin-Epstein, Richardson, Fitzgerald & Pirrotti P.C.: Profit Sharing Plan/401k Plan. (No control.) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B. | 5/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Salary-George Washington University |
| 2. 2014 | Royalties-Rowman and Littlefield Publishers |
| 3. 2014 | Honoraria: University of Navarra, Pamplona, Spain |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | United States Patent and Trademark Office | 7/18/14 and 7/21/14 through 7/24/14 | Burma, Thailand, Cambodia | Workshop for Judges and Public Prosecutors on Intellectual Property Enforcement | Transportation; Visa; Hotel; Per Diem |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ARTERTON, JANET B.** | 5/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B. | 5/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Janus Overseas Fund (formerly Janus Global and Int'l) | A | Dividend | | | Sold | 6/18/14 | M | | |
| 2. Wells Fargo Adv. Opp. Fund (Formerly Strong Opp. Fund) | A | Dividend | | | Sold | 12/15/14 | M | | |
| 3. Third Avenue Value Fund | A | Dividend | | | Sold | 12/24/14 | M | | |
| 4. Vanguard Muni Bond Fund (Money Market Account) | B | Dividend | M | T | Buy | 7/15/14 | M | | |
| 5. Garrison, et al Profit Sharing Plan/401k: American Funds | A | Dividend | O | T | | | | | |
| 6. Vanguard Windsor Fund | A | Dividend | M | T | Sold | 12/31/14 | M | | |
| 7. TIAA/CREF Growth Fund | A | Dividend | K | T | | | | | |
| 8. Columbia Value and Restructuring | A | Dividend | | | Sold | 12/24/14 | M | | |
| 9. Vanguard Morgan Growth Fund | A | Dividend | M | T | Sold | 12/31/14 | M | | |
| 10. People's Bank (CD) | A | Interest | J | T | | | | | |
| 11. People's Bank (CD) | A | Interest | J | T | | | | | |
| 12. Vanguard Mid Cap Index | A | Dividend | L | T | Sold | 12/24/14 | | | |
| 13. Vanguard Small Company Growth | A | Dividend | L | T | Sold | 12/24/14 | | | |
| 14. Vanguard International Value Fund | A | Dividend | M | T | Sold | 12/31/14 | M | | |
| 15. CT Higher Ed Trust | A | Dividend | K | T | Buy (add'l) | | J | | |
| 16. Vanguard Interterm Tax Exempt Fund | A | Interest | K | T | Buy (add'l) | | K | | |
| 17. Vanguard Small Cap Growth IDX Admiral | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B. | 5/14/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard International Fund | A | Dividend | L | T | Sold | 12/24/14 | L | | |
| 19. Vanguard International Index | A | Dividend | M | T | Sold | 12/31/14 | M | | |
| 20. CREF Money Market | A | Dividend | J | T | | | | | |
| 21. CREF Stock Portfolio | A | Dividend | K | T | Buy (add'l) | | J | | |
| 22. CREF Equity Index | A | Dividend | K | T | Buy (add'l) | | J | | |
| 23. CREF Bond Market | A | Dividend | K | T | Buy (add'l) | | J | | |
| 24. CREF Social Choice | A | Dividend | K | T | Buy (add'l) | | J | | |
| 25. Vanguard Annuity Money Market | A | Interest | N | T | Buy | 12/24/14 | N | | |
| 26. Vanguard Annuity Money Market | A | Interest | N | T | Sold | 12/31/14 | N | | |
| 27. CREF Lifestyle 2010 INST | A | Dividend | K | T | Buy (add'l) | | K | | |
| 28. Fidelity Pacific Basin | A | Dividend | K | T | Sold | 12/31/14 | K | | |
| 29. Vanguard 500 Index Fund | A | Dividend | L | T | Buy | 3/27/14 | L | | |
| 30. Vanguard Variable Annuity | A | Dividend | N | T | Sold | 12/31/14 | N | | |
| 31. Janus Global Life Sciences Fund | A | Dividend | M | T | Buy | 6/18/14 | M | | |
| 32. Vanguard Capital Growth | A | Dividend | L | T | Sold | 12/24/14 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.   Paragraph 5:  Garrison, Levin-Epstein, Chimes, Richardson & Fitzgerald, P.C. and 401k American Funds/Morgan Stanley Smith Barney:  The filer has no authority or control to select the funds within this plan, therefore the funds listed in the 2008 report are being deleted from this and future reports.

VII Line 16, 22, 23, 24, 25, and 27: Bought monthly, less than $1,000 each month.

VII Line  12, 13, 18, 25, 26 and 32 comprise the totality of the Vanguard Variable Annuity listed in Line 30.

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B. | 5/14/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ JANET B. ARTERTON

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544